IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MACK HENRY LOTT,

    Plaintiff,

v.                                              CIVIL ACTION NO.: CV511-026

BARRY GOODRICH, Warden;
CO HOBBS; CO LOLLY;
Dr. ESMAIL; PEGGY ANN
COOPER, Warden of Care and
Treatment; MICHAEL WOODS;
and Ms. MOORE, Medical Director,

    Defendants.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff states that he should be deemed to meet the imminent danger exception to the three strikes rule because "all or any inmate that is housed at Coffee or Wheeler correction is at all times in imminent danger." (Doc. No. 13, p. 3). Plaintiff still does not put forth any facts evidencing that he was in imminent danger of serious physical injury at the time he filed his complaint.

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

AO 72A
(Rev. 8/82)

Plaintiff's Complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this ___ day of _____May_____, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA